No. 682. THOMPSON, TRUSTEE, *v.* TERMINAL SHARES, INC.; ET AL.; and

No. 736. TOMLINSON ET AL. *v.* THOMPSON, TRUSTEE. March 27, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of these applications. *Mr. R. B. Caldwell* for petitioner in No. 682. *Messrs. Clan Crawford, Howard*

*F. Burns,* and *Jacob M. Lashly* for petitioners in No. 736. Messrs. *William B. Cockley, Godfrey Goldmark,* and *Henry N. Ess* for respondents. Reported below: 24 F. Supp. 729.